THIS OPINION HAS NO PRECEDENTIAL VALUE

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Dansa Chisolm,       
Appellant.
 
 
 

Appeal From Dorchester County
Diane Schafer Goodstein, Circuit Court 
 Judge

Unpublished Opinion No. 2004-UP-416
Submitted April 21, 2004  Filed June 25, 2004 

AFFIRMED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of Columbia, 
 for Appellant.
Deputy Director for Legal Services Teresa A. Knox, Legal Counsel 
 Tommy Evans, Jr., Legal Counsel J. Benjamin Aplin, and Legal Counsel Lovee M. 
 Watts, South Carolina Department of Probation, Parole and Pardon Services, all 
 of Columbia, for Respondent.
 
 
 

PER CURIAM:  Dansa Chisolm appeals from 
 an order revoking his community supervision and imposing a one-year term of 
 imprisonment. [1]   He claims the revoking judge failed to comply 
 with the community supervision statute when she revoked his community supervision 
 status and required him to serve a one-year term of incarceration for his willful 
 violation of the conditions of supervision.  We affirm pursuant to Rule 220(b)(2), 
 SCACR and the following authority: See State v. Hamilton, 333 
 S.C. 642, 648, 511 S.E.2d 94, 96 (Ct. App. 1999) (challenge to validity of probation 
 revocation must be raised to and ruled on by the revocation judge to be preserved 
 for appellate review).
 AFFIRMED.
 GOOLSBY, HOWARD, and BEATTY, JJ. concur.

 
 
 [1]   This case is decided without oral argument pursuant to Rule 215, 
 SCACR.